**No. 49954.**—Protest 955322–G of Swift & Co. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation and following the cited cases, the records of which were incorporated herein, the following allowances were made by the court to compensate for foreign substance on the outside of certain cheese: (1) 2½ percent of the net weight for cheese similar in all material respects to Provolone cheese the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706); (2) 1 ounce per loaf for tare of foil or paper covering, or both, for the Gorgonzola cheese similar in all material respects to that passed

upon in Abstracts 36724, 38185, 49561, 49622, and *Kraft Phenix Cheese Corp.* v. *United States* (T. D. 47955); and (3) 1 percent of the net weight for the Switzerland cheese similar in all material respects to that the subject of Abstract 42146, *Mattia Locatelli* v. *United States* (T. D. 48284), and id. (T. D. 49302). The protest was sustained to this extent.